## NATIONAL LABOR RELATIONS BOARD, Petitioner,

### and

**Hotel-Motel-Restaurant Employees & Bartenders Union Local 86, Hotel & Restaurant Employees & Bartenders International Union, AFL–CIO, Intervenor,**

v.

**CARDA HOTELS, INC., d/b/a Holiday Hotel & Casino, Respondent.**

### No. 77–2312.

United States Court of Appeals, Ninth Circuit.

Aug. 24, 1979.

Rehearing Denied Oct. 1, 1979.

Eric G. Moskowitz, Washington, D. C., for petitioner.

William W. Wertz, Severson, Werson, Berke & Melchior, San Francisco, Cal., for respondent.

Before ELY and GOODWIN, Circuit Judges, and EAST,* District Judge.

PER CURIAM:

Pursuant to 29 U.S.C. § 160(c), the National Labor Relations Board has petitioned for enforcement of its Order against respondent, Carda Hotels, Inc. The Hotel-Motel-Restaurant Employees & Bartenders Union, Local 86, has intervened in favor of enforcement. The Board's Decision and Order, finding employer violations of sections 8(a)(1) and 8(a)(5) of the National Labor Relations Act,[1] is reported at 228 N.L.R.B. No. 108 (1977). The Board's Order must be enforced.

The central issues raised by this appeal have recently been squarely addressed and resolved. *See N.L.R.B. v. Tahoe Nugget, Inc.*, 584 F.2d 293 (9th Cir.), *cert. denied,* —— U.S. ——, 99 S.Ct. 2847, 61 L.Ed.2d 290 (1979); *Sahara-Tahoe Corp. v. N.L.R.B.*, 581 F.2d 767 (9th Cir.), *cert. denied,* —— U.S. ——, 99 S.Ct. 2837, 61 L.Ed.2d 284 (1979). The current case and both of the cited cases arose from the same factual setting. Our two prior decisions very clearly hold that the Union enjoyed a presumption of majority support arising from voluntary recognition of the Union and that the presumption survived the employers' withdrawal from a multi-employer bargaining unit in 1974. *Tahoe Nugget, supra,* 584 F.2d at 302–04; *Sahara-Tahoe, supra,* 581 F.2d at 771. Both cases also rejected the employers' claims that they had established a good faith reasonable doubt that the Union lacked majority status at the time the companies refused to bargain. *Tahoe Nugget, supra,* 584 F.2d at 305–08; *Sahara-Tahoe, supra,* 581 F.2d at 771–72. Relying upon clearly applicable precedent, we reject the respondent's arguments, arguments that essentially mirror those previously advanced by the employers in *Tahoe Nugget* and *Sahara-Tahoe.*

Other issues herein presented are without merit.

* The Honorable William G. East, Senior United States District Judge, District of Oregon, sitting by designation.

The Board's Order will be ENFORCED.